UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KRISTOPHER ORION PARKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> A. BENNETT, JASON LYNN PARKS, JESSICA ) <br> GLOVER, MICHAEL JOSEPH ONUFER, and ) <br> HARNETT COUNTY SHERIFFS OFFICE, ) <br> ) <br> Defendants. ) <br> ) | **JUDGMENT** <br><br> 5:24-CV-399-BO-KS |

**Decision by Court.**
This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Kimberly A. Swank. [DE 9]. Plaintiff has filed objections [DE 10; DE 11], and the matter is ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's objections to the memorandum and recommendation are OVERRULED. The memorandum and recommendation [DE 9] is ADOPTED in its entirety. Plaintiff's amended complaint is hereby DISMISSED.

This case is closed.

**This judgment filed and entered on April 3, 2025, and served on:**
Kristpher Orion Parks (via US Mail to 7517 Highway 215, Mulberry, AR 72947 )

April 3, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
 By: Deputy Clerk